UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | 3:16-CR-288 |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **EDWIN LEWIS,** : | |
| **Defendant** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Lewis' Motion for Compassionate Release under §3582(c)(1)(A)(i) because of the COVID-19 pandemic, **(Doc. 89)**, is **DENIED**.

2. Insofar as Lewis requests the court to find him eligible for home confinement designation under the CARES Act, and seeks the court to direct the BOP to place him in home confinement, his motion, **(Doc. 89)**, is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: October 13, 2020**
16-288-01-ORDER